Eric Leon CHRISTIAN,
Plaintiff–Appellant,

v.

Christopher HOYE, Defendant–
Appellee.

No. 15–16545

United States Court of Appeals,
Ninth Circuit.

Submitted August 16, 2016 *

FILED August 25, 2016

Eric Leon Christian, Pro Se.

Before: O'SCANNLAIN, LEAVY, and
CLIFTON, Circuit Judges.

MEMORANDUM **

Eric Leon Christian appeals pro se from the district court's judgment dismissing his action alleging federal claims arising out of his incarceration. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B). *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order). We affirm.

The district court properly dismissed Christian's action because Hoye is immune from suit for complying with a facially valid court order. *See Engebretson v. Mahoney*, 724 F.3d 1034, 1038 (9th Cir. 2013)

("[P]ublic officials who ministerially enforce facially valid court orders are entitled to absolute immunity."); *Hoffman v. Halden*, 268 F.2d 280, 300 (9th Cir. 1959) (the failure to release a prisoner held on a warrant or commitment cannot form the basis of a civil rights action even if "the conviction later set aside"), *overruled on other grounds by Cohen v. Norris*, 300 F.2d 24 (9th Cir. 1962).

Christian's pending motions are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

